**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-20389-CR-MORENO**

**UNITED STATES OF AMERICA**

**v.**

**YOSMAIKEL RODRIGUEZ PEREZ,**

      **Defendant.**
_____/

## FACTUAL BASIS IN SUPPORT OF PLEA

The United States hereby files this factual basis in support of the change of plea of defendant Yosmaikel Rodriguez Perez.   In support thereof, the government asserts the following facts:

ACM Home Health, Corp. (ACM Home Health) was a Florida corporation that did business in Miami-Dade County as an HHA that purported to provide home health care services to eligible Medicare beneficiaries.

TC Home Health Care, Inc. (TC Home Health) was a Florida corporation that did business in Miami-Dade County as an HHA that purported to provide home health care services to eligible Medicare beneficiaries.

Maricela Chavez, a resident of Miami-Dade County, was the owner and administrator of ACM Home Health and TC Home Health.

Staywell RX Pharmacy LLC (Staywell RX Pharmacy) was a Florida corporation that did business in Miami-Dade County as a retail pharmacy that purported to provide prescription drugs to Medicare beneficiaries.

Pharmacy Owner 1, a resident of Miami-Dade County, was the owner and administrator of

Staywell RX Pharmacy.

Double R Therapy Center, Inc. (Double R Therapy) was a Florida corporation that did business in Miami-Dade County as a medical clinic that purported to provide medical treatment to Medicare beneficiaries.

Mediglez Wellness Center, Inc. (Mediglez Wellness Center) was a Florida corporation that did business in Miami-Dade County as a medical clinic that purported to provide medical treatment to Medicare beneficiaries.

Defendant Nereisy Alonso Martinez, a resident of Miami-Dade County, was the president and registered agent of Double R Therapy, and an owner/operator of Double R Therapy and Mediglez Wellness Center.

Defendant Nerelys Alonso, a resident of Miami-Dade County, was the president and registered agent of Mediglez Wellness Center, and an operator of Double R Therapy and Mediglez Wellness Center.

Defendant Yosmaikel Rodriguez Perez, a resident of Miami-Dade County, was an operator of Mediglez Wellness Center.

Nereisy Alonso Martinez, Nerelys Alonso, Yosmaikel Rodriguez Perez, and their co-conspirators solicited and received kickbacks and bribes from HHAs and pharmacy owners, including Maricela Chavez and Pharmacy Owner 1, in return for referring Medicare beneficiaries so that the HHAs and pharmacies could submit fraudulent claims to Medicare in the names of the referred beneficiaries.

Nereisy Alonso Martinez, Nerelys Alonso, Yosmaikel Rodriguez Perez, and others who worked at Double R Therapy and Mediglez Wellness Center sold medically unnecessary prescriptions to HHA and pharmacy owners, and patient recruiters to be used in the fraudulent

2

billing of Medicare for services that the beneficiaries did not need or receive.

Nereisy Alonso Martinez, Nerelys Alonso, and their co-conspirators caused patient documentation to be falsified to make it appear that Medicare beneficiaries qualified for and received home health services that were, in fact, not medically necessary.

Nereisy Alonso Martinez, Nerelys Alonso, Yosmaikel Rodriguez Perez, and their co-conspirators submitted and caused Mediglez Wellness Center to submit false and fraudulent claims to Medicare, through the use of interstate wire communications, seeking reimbursement for medical services that were not medically necessary and not provided as claimed.

From the period of March 2015 through August 2016, Nereisy Alonso Martinez, Nerelys Alonso, Yosmaikel Rodriguez Perez, and their co-conspirators submitted and caused TC Home Health, ACM Home Health, Staywell RX Pharmacy and other HHAs and pharmacies to submit false and fraudulent claims to Medicare, through the use of interstate wire communications, seeking payment for home health services and prescription drugs that were not medically necessary and not provided as claimed.

As a result of such false and fraudulent claims for the period of March 2015 through August 2016, Medicare made payments to Mediglez Wellness Center, TC Home Health, ACM Home Health, Staywell RX Pharmacy, and other Miami-Dade HHAs and pharmacies in excess of $886,649.

Nereisy Alonso Martinez, Nerelys Alonso, Yosmaikel Rodriguez Perez, and their co-conspirators used the proceeds from the false and fraudulent claims submitted to Medicare for their own use and benefit, the use and benefit of others, and to further the fraud.

The above-described facts serve only as a summary of the testimony were this case to proceed to trial and are not intended to be an exhaustive account of all the information available to the Government concerning the offenses charged in the Indictment.

Date: _11/8/19_      By: _____
                                      CHRISTOPHER J. CLARK
                                      ASSISTANT U.S. ATTORNEY

Date: _11/8/19_      By: _____
                                        WILLIAM BARZEE, ESQ.
                                        ATTORNEY FOR DEFENDANT

Date: _11/8/19_      By: _____
                                        YOSMAIKEL RODRIGUEZ
                                        DEFENDANT